

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00420-CV

**TIME WARNER, INC.** and Time Warner Cable, LLC,
Appellants

v.

Dulio **GONZALEZ**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-06770
Honorable John D. Gabriel, Jr., Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is REVERSED and the cause is REMANDED for a new trial. It is ORDERED that Time Warner, Inc. and Time Warner Cable, LLC recover their costs of this appeal from appellee Dulio Gonzalez.

SIGNED June 11, 2014.

_____
Catherine Stone, Chief Justice